■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK GIUNTA, Appellant. [938 NYS2d 494]

Concur—Mazzarelli J.P., Andrias, DeGrasse, Richter and Abdus-Salaam, JJ.